# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Robert High,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NDOC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00847-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff's "motion requesting permission to amend second amended complaint." (ECF No. 32). Plaintiff's motion does not, however, seek to amend his complaint. Instead, he references the Court's prior order in which it explained that if service could not be accepted for any of the named defendants, Plaintiff could file a motion identifying the unserved defendants and requesting issuance of a summons. Based on that reference, Plaintiff asks to amend his complaint.

It is unclear what relief Plaintiff seeks. Plaintiff does not identify any unserved defendants. Nor does he provide any basis for amending his complaint or attach his proposed amendment. Because the Court cannot determine what relief Plaintiff seeks, the Court denies his motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 32) is **denied.**

DATED: December 3, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE