**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT HIGH, | Case No.: 2:23-cv-00847-APG-DJA |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 107] |
| NDOC, et al., | |
| Defendants | |

I ORDER that plaintiff Robert High's motion to extend time (ECF No. 107) is GRANTED.  High's deadline to file his reply to his motion for an order to show cause is extended to February 25, 2026.

DATED this 17th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE