**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT HIGH,

    Plaintiff

v.

NDOC, et al.,

    Defendants

Case No.: 2:23-cv-00847-APG-DJA

**Order Granting (1) Motion to Seal, and (2) Motion to Extend Time**

[ECF Nos. 93, 105]

The defendants move to seal plaintiff Robert High's medical records. Generally, the public has a right to inspect and copy judicial records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Such records are presumptively publicly accessible. *Id.* Consequently, a party seeking to seal a judicial record bears the burden of overcoming this strong presumption. *Id.* For "most judicial records," the party seeking to seal the record must articulate "compelling reasons supported by specific factual findings [that] outweigh the general history of access and the public policies favoring disclosure." *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010). This court and others within the Ninth Circuit have recognized that the need to protect medical privacy qualifies as a "compelling reason" for sealing records because a person's medical records contain sensitive and private information about their health. *See, e.g.*, *Moreno v. Adamson*, No. 3:19-cv-0330-MMD-CLB, 2021 WL 76722, at *2 (D. Nev. Jan. 7, 2021) (citing cases). Consequently, I grant the motion to seal.

I THEREFORE ORDER that the defendants' motion to seal **(ECF No. 93) is GRANTED**.

I FURTHER ORDER that plaintiff Robert High's motion to extend time **(ECF No. 105)** **is GRANTED**.  High's deadline to file a reply to his motion for summary judgment is extended to May 10, 2026.

DATED this 23rd day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2