**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT HIGH,

    Plaintiff

v.

NDOC, et al.,

    Defendants

Case No.: 2:23-cv-00847-APG-DJA

**Order Granting Motion to Extend Time**

[ECF No. 116]

I HEREBY ORDER that plaintiff Robert High's motion to extend time **(ECF No. 116) is GRANTED**. High's deadline to file a reply to his motion for summary judgment is extended to June 14, 2026.

DATED this 12th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE