**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT HIGH, | Case No.: 2:23-cv-00847-APG-DJA |
| Plaintiff | **Order Denying Motion for Entry of Default** |
| v. | [ECF No. 120] |
| NDOC, et al., | |
| Defendants | |

Plaintiff Robert High moves for entry of clerk's default because defendant Alexander Huggins did not timely respond to his motion for sanctions. ECF No. 120.  However, Magistrate Judge Albregts recently extended the time for Huggins to respond. ECF No. 123.  Consequently, I deny High's motion for entry of default as moot.  Additionally, I advise High that entry of default is reserved for situations where the defendant "has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a).  Huggins has appeared and is defending this action.

I THEREFORE ORDER that plaintiff Robert High's motion for entry of default (ECF No. 120) is DENIED.

DATED this 7th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE