**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT HIGH,<br><br>Plaintiff<br><br>v.<br><br>NDOC, et al.,<br><br>Defendants | Case No.: 2:23-cv-00847-APG-DJA<br><br>**Order Denying Motions for Injunctive Relief**<br><br>[ECF Nos. 100, 127] |

Plaintiff Robert High filed two motions for injunctive relief. ECF Nos. 100; 127. I deny both motions because they request relief outside the parameters of his complaint. Preliminary injunctive relief is appropriate where "the intermediate relief [is] of the same character as that which may be granted finally." *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945). But a court cannot issue an injunction that "deals with a matter lying wholly outside the issues in the suit." *Id.*

High's first motion requests that I order the defendants to approve non-formulary medication ordered by prison medical provider Hazel Felix. ECF No. 100 at 2. He asserts that on October 24, 2025, Felix ordered baclofen but the Utilization Review Panel (URP) denied the request. *Id.* at 6. I deny this motion because it is based on claims outside his screened complaint. The complaint was screened in July 2024 and thus could not contain claims related to the URP's alleged denial of medication starting in October 2025. Additionally, neither the URP nor its members are defendants in this action.

The same is true for High's second motion for injunctive relief. There, he seeks relief based on high temperatures in his cell. ECF No. 127 at 2. No such claim is alleged in the complaint, so I deny his motion.

I THEREFORE ORDER that plaintiff Robert High's motions for injunctive relief **(ECF Nos. 100, 127) are DENIED**.

DATED this 10th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE