**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT HIGH,

Plaintiff

v.

NDOC, et al.,

Defendants

Case No.: 2:23-cv-00847-APG-DJA

**Order Denying Plaintiff's Motion to Strike as Moot**

[ECF No. 129]

Plaintiff Robert High moves to strike defendant Mirit Avram's opposition to his objection to her proposed form of judgment. ECF No. 129. I deny the motion as moot because I decline to consider Avram's proposed form of judgment, as she did not file a proper motion under Federal Rule of Civil Procedure 54(b).

After I granted summary judgment in Avram's favor, she filed a "Request for Entry of Judgment of Order [ECF 85] Granting Dr. Avram's Motion for Summary Judgment [ECF No. 49]." ECF No. 98. The docket entry for this document was entitled "Request for Judicial Notice re 85 Order on Motion for Summary Judgment,[] Order on Motion for Hearing Before Magistrate Judge." *Id.* The "request" was not properly filed as a motion. *See* LR IA 7-1(b) ("All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties."). Because it was not styled as a motion, I did not address it as one. Additionally, the "request" referenced only Federal Rule of Civil Procedure 58(d). ECF No. 98. It did not request relief for entry of a final judgment under Rule 54(b) as to "one or more, but fewer than all claims or parties," nor did it argue there was "no just reason for delay" in entering judgment in her favor. Fed. R. Civ. P. 54(b).

High filed an objection to the proposed form of judgment. ECF No. 121. That led Avram to file a response. ECF No. 125. And that further prompted High to file the present motion to strike Avram's response. ECF No. 129. But because Avram never properly filed a motion for entry of judgment under Rule 54(b), I decline to consider any of these filings, so I deny High's motion to strike as moot.

I THEREFORE ORDER that plaintiff Robert High's motion to strike (ECF No. 132) is DENIED as moot.

DATED this 21st day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE